# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

JULIO MANZANARES

Case Number: 2:99-cr-6-FtM-29SPC

USM Number: 51683-079

Frank Zaremba, FPD
1514 Broadway, Suite 301
Fort Myers, FL 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge number(s) One & Two of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, Possession of Marijuana - Not More Than 20 Grams, in violation of the conditions of supervision | May 19, 2009 |
| Two | Positive urinalysis for marijuana, in violation of Condition Seven of the Standard Conditions of Supervision | May 21, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

4/5/2010

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

April ___, 2010

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## IMPRISONMENT

### NO TERM OF IMPRISONMENT IMPOSED BY THE COURT.

**SUPERVISED RELEASE IS REVOKED, AND THE PREVIOUSLY IMPOSED TERM OF SUPERVISED RELEASE IS REIMPOSED WITH ALL PREVIOUSLY IMPOSED TERMS AND CONDITIONS. TERM OF SUPERVISION ENDING JUNE 17, 2010.**